Opinion issued August 21, 2008

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00555-CV






IN RE NV MASUREEL VEREDELING, Relator






Original Proceeding On Petition For Writ Of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, NV Masureel Veredeling, seeks
mandamus relief to compel the trial court to rule on a motion for non-recognition of
foreign judgment. 

We deny the petition for writ of mandamus.

 


Per Curiam


Panel consists of Justices Taft, Jennings, and Bland. 

1. The underlying case is NV Masureel Veredeling v. Marina Presley and Graham Frederick
Alastair Miller, Cause No. 2006-46323, in the 133rd Judicial District Court of Harris
County, Texas, the Hon. Lamar McCorkle, presiding.